# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE SYKES, | : |
| Plaintiff | : |
| | : CIVIL ACTION NO. 1:19-1133 |
| v. | : |
| | : (JUDGE MANNION) |
| DAVID J. EBBERT, | : |
| Defendant | |

# **O R D E R**

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The report and recommendation of Judge Schwab, **(Doc. 12)**, is **ADOPTED IN ITS ENTIRETY**.

**(2)** The plaintiff's complaint, **(Doc. 1)**, is **DISMISSED WITH PREJUDICE**.

**(3)** The clerk of court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 12, 2019**
19-1133-01-ORDER.wpd